# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET DUNCAN, ET AL., | NO: 2:21-CV-01019-MCE-DB |
| Plaintiff(s) | |
| v. | STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 |
| DOLLAR TREE STORES, INC., ET AL., | |
| Defendant(s) | |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: **JUNE 9, 2021**

Name: DAVID F. SEARS
Attorney for Plaintiff(s)

DATED: **OCTOBER 5, 2021**

Name: Kevin P. Allen
Attorney for Defendant(s)