UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET DUNCAN, et al., | No. 2:21-cv-1019 DB |
| Plaintiffs, | |
| v. | ORDER |
| DOLLAR TREE STORES, INC., et al., | |
| Defendants. | |

Each of the parties in the above-captioned case has consented to proceed before a United States Magistrate Judge. See U.S.C. § 636(c). Accordingly, this matter has been reassigned to the undersigned for all purposes. Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1. A Status (Pretrial Scheduling) Conference is set for **Friday, August 26, 2022, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.[1]

---

[1] Parties shall appear at the Status Conference either telephonically or over video conference through the Zoom application (which is free and must be downloaded to your computer or mobile device prior to the hearing). Parties proceeding in propria persona, on his or her own behalf, shall contact Mamendella York, the courtroom deputy of the undersigned magistrate judge at (916) 930-4816, no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours prior to the hearing, to arrange their appearance either telephonically or over video conference. Counsel will receive an email containing the necessary appearance information and

2. Plaintiffs shall file and serve a status report on or before **August 12, 2022**, and defendants shall file and serve a status report on or before **August 19, 2022**. Each party's status report shall address all of the following matters:

    a. Progress of service of process;

    b. Possible joinder of additional parties;

    c. Possible amendment of the pleadings;

    d. Jurisdiction and venue;

    e. Anticipated motions and the scheduling thereof;

    f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g. Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

    h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i. Whether the case is related to any other case, including matters in bankruptcy;

    j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of her so acting, or whether they prefer to have a Settlement Conference before another magistrate judge; and

    k. Any other matters that may aid in the just and expeditious disposition of this action.

////

////

////

////

---

must notify the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either telephonically or over video conference.  The Zoom ID Number and password are confidential and are not to be given to anyone.  Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

3.  The parties are cautioned that failure to file a status report or failure to appear at the status conference may result in an order imposing an appropriate sanction.  <u>See</u> Local Rules 110 and 183.

DATED: July 22, 2022              /s/ DEBORAH BARNES
                                  UNITED STATES MAGISTRATE JUDGE